DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEGAN BROWN** and **PERFORMANCE INSURANCE GROUP, INC.**,
Appellants,

v.

**JOSEPH REGAN,**
Appellee.

No. 4D2025-1826

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. 062015CA017984AXXXCE.

James Williams Beagle of James Beagle P.A., Fort Lauderdale, for appellants.

David A. Frankel of Law Offices of David A. Frankel, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***